Anthony G. Brazil, State Bar No. 84297
David J. Vendler, State Bar No. 146528
Megan S. Wynne, State Bar No. 183707
Wendi J. Frisch, State Bar No. 211555
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178
E-mail:  abrazil@mpplaw.com
E-mail:  dvendler@mpplaw.com
E-mail:  mwynne@mpplaw.com
E-mail:  wfrisch@mpplaw.com

Attorneys for Defendant
CHEMNUTRA INC.
(erroneously sued and served as CHEMNUTRA LLC)

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CARVER, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>DEL MONTE FOODS COMPANY, a Delaware corporation; CHEMNUTRA INC., a Delaware corporation; CHEMNUTRA LLC; XUZHOU ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT COMPANY LTD; and SUZHOU TEXTILE IMPORT AND EXPORT COMPANY,<br><br>            Defendants. | Case No.  2:07-CV-00654-DFL-EFB<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[Local Rule 6-144(a)] |

///

IT IS HEREBY STIPULATED by and between plaintiff CHERYL CARVER and defendant CHEMNUTRA INC. (erroneously sued and served as CHEMNUTRA LLC) that for good cause and pursuant to Local Rule 6-144(a), CHEMNUTRA INC. shall have an extension of time of thirty days, up through and including July 6, 2007, to respond to plaintiff's Complaint. The good cause for the extension is that on May 31, 2007 a hearing was held in Las Vegas before the Judicial Panel on Multidistrict Litigation ("JPML") and it appears from the comments made by the panel that this case will be among those joined and assigned to a single transferee court.  Thus, judicial economy dictates the request for an extension of time.

So Stipulated.

Dated:  June 6, 2007            **MORRIS POLICH & PURDY LLP**


By:_____
      Anthony G. Brazil
      David J. Vendler
      Megan S. Wynne
      Wendi J. Frisch

Attorneys for Defendant
CHEMNUTRA INC. (erroneously sued and served as CHEMNUTRA LLC)


Dated:  June 6, 2007            **WEXLER TORISEVA WALLACE LLP**


By:_____
      Mark J. Tamblyn

Attorneys for Plaintiff CHERYL CARVER, on behalf of herself and all others similarly situated

## **ORDER ON STIPULATION**

For good cause shown, it is hereby ordered that defendant ChemNutra, Inc. shall have up to July 6, 2007 within which to file its response to plaintiff's complaint.

Dated:  June 13, 2007

                                        /s/ David F. Levi_____
                                        United State District Court Judge